

**U.S. Department of Justice**

Bureau of Alcohol, Tobacco, Firearms and Explosives

*Washington, DC 20226*
*www.atf.gov*

Richard Johnson
1508 E WABASH AVE
SPOKANE, WA 99207-4247

# NOTICE OF SEIZURE OF PROPERTY AND INITIATION OF ADMINISTRATIVE FORFEITURE PROCEEDINGS

*Failure to file a claim may result in the seized property being forfeited to the United States*

## SEIZED PROPERTY IDENTIFYING INFORMATION

| Notice Date: January 22, 2018 | Asset ID Number: Multiple Assets |
|---|---|
| Description of Seized Property: See Attached List | |
| Seizure Date and Location: See Attached List | |
| Forfeiture Authority: See Attached List | |

I. **TO CONTEST THE FORFEITURE OF THIS PROPERTY IN UNITED STATES DISTRICT COURT YOU MUST FILE A CLAIM.** *If you do not file a claim, you will waive your right to contest the forfeiture of the asset. Additionally, if no other claims are filed, you may not be able to contest the forfeiture of this asset in any other proceeding, criminal or civil.*

   A. **To File a Claim**: A claim must be filed to contest the forfeiture. A claim should be filed by mailing it with the U.S. Postal Service or via a Commercial Delivery Service to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Forfeiture Counsel, Asset Forfeiture & Seized Property Division, 99 New York Avenue, NE, Mail Stop 3N 600, Washington, DC 20226.
   B. **Time Limits**: A claim must be filed within 35 days of the date of this letter; therefore, you must file your claim by **February 26, 2018**. *See* 18 U.S.C. § 983(a)(2). A claim is deemed filed on the date received by the agency at the address listed above.
   C. **Requirements for Claim**: A claim must (1) be in writing, (2) describe the seized property, (3) state your ownership or other interest in the property and (4) be **made under oath**, subject to penalty of perjury. *See* 18 U.S.C. § 983(a)(2)(C) and 28 U.S.C. § 1746.
   D. **Claim Forms**: A claim need not be made in any particular form, but a claim form is available at www.forfeiture.gov, which you may print and deliver to the agency pursuant to the instructions above. *See* 18 U.S.C. § 983(a)(2)(D).
   E. **Supporting Evidence**: Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your claim.
   F. **When You File a Claim**: A timely claim stops the administrative forfeiture proceeding. The seizing agency forwards the timely claim to the U.S. Attorney's Office for further proceedings.
   G. **Penalties for Filing False or Frivolous Claims**: If you intentionally file a frivolous claim you may be subject to a civil fine. *See* 18 U.S.C. § 983(h). If you intentionally submit a claim containing false information, you may be subject to prosecution. *See* 18 U.S.C. § 1001.
   H. **If No Claim is Filed**: Failure to file a claim by **February 26, 2018** may result in the property being forfeited to the United States.

ATTACHMENT A                                                                 6

Richard Johnson                                         Notice of Seizure

I.  **No Attorney Required**: You do not need an attorney to file a claim. You may, however, hire an attorney to represent you in filing a claim.

## II. TO REQUEST RELEASE OF PROPERTY BASED ON HARDSHIP

A. Upon the filing of a proper claim, a Claimant may request release of the seized property during the pendency of the forfeiture proceeding due to hardship if the Claimant is able to meet specific conditions. *See* 18 U.S.C. § 983(f); 28 C.F.R. § 8.15.
B. The hardship request must be in writing and Claimant must establish the following:
   - Claimant has a possessory interest in the property;
   - Claimant has sufficient ties to the community to assure that the property will be available at the time of trial; and
   - Government's continued possession will cause a substantial hardship to the Claimant.
C. A complete list of the hardship provisions can be reviewed at 18 U.S.C. § 983(f) and 28 C.F.R. § 8.15. Some assets are not eligible for release.

## III. THE GOVERNMENT MAY CONSIDER GRANTING PETITIONS FOR REMISSION OR MITIGATION, WHICH PARDONS ALL OR PART OF THE PROPERTY FROM THE FORFEITURE.

### TO REQUEST A PARDON OF THE PROPERTY YOU MUST FILE A PETITION FOR REMISSION OR MITIGATION

A. You may file both a claim (see section I above) and a Petition for Remission or Mitigation (Petition). If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency.
B. A petition should be filed by mailing it with the U.S. Postal Service or via a Commercial Delivery Service to the ATF, Forfeiture Counsel, Asset Forfeiture & Seized Property Division, 99 New York Avenue, NE, Mail Stop 3N 600, Washington, DC 20226. It must be received within thirty (30) days of your receipt of this Notice. See 28 C.F.R. Parts 8 and 9.
C. The petition must include a description of your interest in the property supported by documentation and any facts you believe justify the return of the property and be **signed under oath**, subject to the penalty of perjury. *See* 28 U.S.C. § 1746.
D. The ruling official in administrative forfeiture cases is the Associate Chief Counsel, Office of Chief Counsel. The ruling official in judicial forfeiture cases is the Chief, Asset Forfeiture and Money Laundering Section, Criminal Division, Department of Justice. See 28 C.F.R. § 9.1.
E. The Regulations governing the petition process are set forth in 28 C.F.R. Part 9, and are available at www.forfeiture.gov.

Richard Johnson                                         Notice of Seizure

**Asset List**

**Seizure Date and Location:** The asset(s) referenced in this notice letter were seized on December 13, 2017 by the ATF at SPOKANE, Washington.

**Forfeiture Authority:** The forfeiture of this property has been initiated pursuant to 18 USC Section 924(d) and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9.

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE | ACCT/VIN/SERIAL NO |
|---|---|---|---|
| 18-ATF-005913 | RUGER P95 PISTOL CAL:9 SN:318-46243 | $300.00 | 318-46243 |
| 18-ATF-005914 | VYATSKIE POLYANY MACHINE BUILDING PLANT - "MOLOT" VEPR SHOTGUN CAL:12 SN:16VAP8259 | $1,000.00 | 16VAP8259 |
| 18-ATF-005924 | COLT MUSTANG POCKETLITE PISTOL CAL:380 SN:PL43680 | $450.00 | PL43680 |
| 18-ATF-005925 | TAURUS INTERNATIONAL PT738 TCP PISTOL CAL:380 SN:ID131775 | $270.00 | ID131775 |
| 18-ATF-005926 | SMITH & WESSON 1000M Shotgun CAL:12 SN:FB45501 | $100.00 | FB45501 |
| 18-ATF-005927 | A A ARMS INC. AP9 PISTOL CAL:9 SN:056700 | $300.00 | 056700 |
| 18-ATF-005928 | REMINGTON ARMS COMPANY, INC. UNKNOWN SHOTGUN CAL:UNKNOWN SN:UNKNOWN | $100.00 | UNKNOWN |
| 18-ATF-005930 | PHOENIX ARMS CO. HP25A PISTOL CAL:25 SN:4506715 | $150.00 | 4506715 |
| 18-ATF-005931 | JENNINGS FIREARMS J22 PISTOL CAL:22 SN:368228 | $70.00 | 368228 |
| 18-ATF-005932 | SAVAGE 101 REVOLVER CAL:22 SN:5091 | $70.00 | 5091 |
| 18-ATF-005934 | 39 Rounds ASSORTED Ammunition CAL:MULTI | $3.90 | |
| 18-ATF-005935 | MAVERICK ARMS (EAGLE PASS, TX) 88 Shotgun CAL:12 SN:MV0112121 | $200.00 | MV0112121 |
| 18-ATF-005936 | 26 Rounds ASSORTED Ammunition CAL:MULTI | $2.60 | |
| 18-ATF-005937 | 300 Rounds REMINGTON Ammunition CAL:380 | $30.00 | |
| 18-ATF-005938 | DEL-TON INC DTI-15 RIFLE CAL:556 SN:DTI-S131054 | $1,000.00 | DTI-S131054 |
| 18-ATF-005939 | 7 Rounds ASSORTED Ammunition CAL:32/380 | $0.70 | |
| 18-ATF-005940 | 6 Rounds SPEER Ammunition CAL:multi | $0.60 | |
| 18-ATF-005941 | 10 Rounds Assorted Ammunition CAL:multi | $1.00 | |
| 18-ATF-005946 | ZASTAVA M70 RIFLE CAL:762 SN:N-PAP050061 | $750.00 | N-PAP050061 |
| 18-ATF-005949 | 9 Rounds Assorted Ammunition CAL:12 | $0.90 | |
| 18-ATF-005955 | 9 Rounds ASSORTED Ammunition CAL:12 | $0.90 | |
| 18-ATF-005956 | 918 Rounds ASSORTED Ammunition CAL:multi | $91.80 | |
| 18-ATF-005957 | 95 Rounds Assorted Ammunition CAL:multi | $9.50 | |
| 18-ATF-005958 | MOSSBERG 500 Shotgun CAL:12 SN:T856913 | $400.00 | T856913 |
| 18-ATF-005959 | DIAMONDBACK ARMS INC. DB-10 Rifle CAL:unknown SN:DB-40000594 | $1,100.00 | DB-40000594 |
| 18-ATF-005960 | KAHR ARMS - AUTO ORDINANCE P40 PISTOL CAL:40 SN:WA2603 | $400.00 | WA2603 |
| 18-ATF-005961 | SMITH & WESSON 442 AIRWEIGHT REVOLVER CAL:38 SN:CJY8197 | $350.00 | CJY8197 |
| 18-ATF-005962 | 400 Rounds ASSORTED Ammunition CAL:308 | $40.00 | |
| 18-ATF-005963 | ISRAEL WEAPON IND- IWI (ISRAEL MILITARY IND-IMI) DESERT EAGLE PISTOL CAL:50 SN:47200508 | $350.00 | 47200508 |
| 18-ATF-005964 | RUGER GP100 REVOLVER CAL:357 SN:170-11194 | $400.00 | 170-11194 |
| 18-ATF-005965 | KIMBER CUSTOM II PISTOL CAL:45 SN:K475616 | $750.00 | K475616 |
| 18-ATF-005966 | HS PRODUCTS (IM METAL) XD40 SUB-CMPCT MOD 2 PISTOL CAL:40 SN:GM158415 | $400.00 | GM158415 |
| 18-ATF-005967 | TAURUS 608 REVOLVER CAL:357 SN:K0194242 | $400.00 | K0194242 |
| 18-ATF-005968 | 62 Rounds ASSORTED Ammunition CAL:multi | $6.20 | |
| 18-ATF-005969 | 15 Rounds WINCHESTER-WESTERN Ammunition CAL:9 | $1.50 | |

Richard Johnson                                    Notice of Seizure

| | | |
|---|---|---|
| 18-ATF-005970 | 580 Rounds ASSORTED Ammunition CAL:762 | $58.00 |
| 18-ATF-005971 | 7 Rounds CBC - BRAZILIAN CARTRIDGE COMPANY Ammunition CAL:45 | $0.70 |
| 18-ATF-005972 | 305 Rounds ASSORTED Ammunition CAL:multi | $30.50 |
| 18-ATF-005973 | 8 Rounds WINCHESTER-WESTERN Ammunition CAL:38 | $0.80 |
| 18-ATF-005975 | 280 Rounds ASSORTED Ammunition CAL:223 | $28.00 |
| 18-ATF-005976 | 6 Rounds unknown Ammunition CAL:357 | $0.60 |
| 18-ATF-005977 | 243 Rounds ASSORTED Ammunition CAL:40 | $24.30 |
| 18-ATF-005978 | 5 Rounds UNKNOWN Ammunition CAL:40 | $0.50 |
| 18-ATF-005979 | 50 Rounds ASSORTED Ammunition CAL:12 | $5.00 |
| 18-ATF-005981 | 290 Rounds ASSORTED Ammunition CAL:9 | $29.00 |
| 18-ATF-005982 | 12 Rounds ASSORTED Ammunition CAL:40 | $1.20 |
| 18-ATF-005983 | 14 Rounds SIG SAUER (SIG) Ammunition CAL:10 | $1.40 |
| 18-ATF-005984 | 270 Rounds assorted Ammunition CAL:556 | $27.00 |
| 18-ATF-005985 | 5 Rounds FEDERAL Ammunition CAL:50 | $0.50 |
| 18-ATF-005991 | 93 Rounds ASSORTED Ammunition CAL:12 | $9.30 |
| 18-ATF-005993 | 5 Rounds WINCHESTER-WESTERN Ammunition CAL:38 | $0.50 |
| 18-ATF-005995 | 220 Rounds Assorted Ammunition CAL:Multi | $22.00 |
| 18-ATF-005998 | 668 Rounds ASSORTED Ammunition CAL:multi | $66.80 |



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

ATTACHMENT A

10

https://www.fedex.com/shipping/html/en/PrintIFrame.html

1/22/2018



February 5, 2018

Dear Customer:

The following is the proof-of-delivery for tracking number **771293925231**.

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Residence |
| **Signed for by:** | B.JOHNSON | **Delivery location:** | 1508 E WABASH AVE<br>SPOKANE, WA 99207 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Jan 26, 2018 12:45 |
| **Special Handling:** | Deliver Weekday | | |
| | Residential Delivery | | |
| | Adult Signature Required | | |



### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 771293925231 | **Ship date:** | Jan 23, 2018 |
| | | **Weight:** | 0.5 lbs/0.2 kg |

**Recipient:**
Richard Johnson
1508 E WABASH AVE
SPOKANE, WA 99207 US

**Shipper:**
AFSPD-LMO
BATFE
99 New York Ave.
Washington, DC 20226 US

**Reference**  787060-16-0068

Thank you for choosing FedEx.

ATTACHMENT A                                                                 11