# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   v.<br><br>24 FIREARMS FROM VARIOUS MANUFACTURERS, MAKES, MODELS AND ASSORTED CALIBERS, and APPROXIMATELY 3,138 ROUNDS OF ASSORTED AMMUNITION,<br><br>                    Defendants. | NO: 2:18-CV-0142-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

     BEFORE THE COURT is the parties' Stipulation of Dismissal (ECF No. 44). The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court has reviewed the record and files herein, and is fully informed.

     According to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation signed by all parties

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

who have appeared.  Unless the stipulation states otherwise, the dismissal is without prejudice.  Here the parties have stipulated to dismissal with prejudice and with each party to bear its own costs, fees and other expenses.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice, each party to bear its own costs, fees and other expenses.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** July 17, 2019.



THOMAS O. RICE
Chief United States District Judge