# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*<br>v.<br>24 FIREARMS FROM VARIOUS MANUFACTURERS, MAKES, MODELS AND ASSORTED CALIBERS, et al.<br>*Defendant* | Civil Action No. 2:18-CV-0142-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to Rule 41(a)(1)(A)(ii) this action is DISMISSED with prejudice, each party to bear its own costs, fees and other expenses.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on the parties' Stiplation of Dismissal ECF No. 44.

Date: July 17, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen